# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pickering,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | NO. CV-22-00028-TUC-JAS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 9, 2023, the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for the calculation and award of benefits to Plaintiff Michael Pickering.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

May 9, 2023

                                                s/ C. Ortiz
                                     By    Deputy Clerk