# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pickering,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | NO. CV-22-00028-TUC-JAS<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 8, 2023, judgment is entered awarding Plaintiff's attorneys in the amount of $18,420.00 in attorneys' fees.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 8, 2023

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　　By　　Deputy Clerk